Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Nexus Bankruptcy**
**Benjamin Heston**
**3090 Bristol Street #400**
**Costa Mesa, CA 92626**
**Phone: (949) 312-1377**
**Email: ben@nexusbk.com**
**Bar Number: 297798**

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

In re:

**Karen M Krickbaum**

Debtor(s).

CASE NO.:

CHAPTER: 7

# DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/01/2026 Karen M Krickbaum
Printed name of Debtor 1

Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ________________ ________________________________ ________________________________

Printed name of Debtor 2 Signature of Debtor 2

HEALEY & ASSOCIATES INCORPORATED
72100 Magnesia Falls Dr #4
Rancho Mirage CA 92270-224

A790-C401
EE ID: 115 DD

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

KAREN M KRICKBAUM
40300 WASHINGTON STREET APT X103
BERMUDA DUNES CA 92203

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Karen M Krickbaum
40300 Washington Street Apt X103
Bermuda Dunes, CA 92203
**Employee ID:** 115

**Pay Period:** 08/16/26 **to** 08/31/26
**Check Date:** 08/31/26 **Check #:** 10693

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 017 | 2663.30 | 5326.60 |
| Chkg 049 | 0.00 | 40785.22 |
| **NET PAY** | **2663.30** | **46111.82** |

**EARNINGS**

| *BASIS OF PAY* | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *CURRENT ($)* | *YTD HRS/UNITS* | *YTD ($)* |
|---|---|---|---|---|---|---|
| | Salary | | | 3479.17 | | 55666.72 |
| | Overtime | | | | | 2730.00 |
| | Vacation | | | | | 2649.52 |
| | **Total Hours** | | | | | |
| | **Total Hrs Worked** | | | | | |
| | **Gross Earnings** | | | 3479.17 | | 61046.24 |

**WITHHOLDINGS**

| *DESCRIPTION* | *FILING STATUS* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 215.71 | 3784.87 |
| Medicare | | 50.45 | 885.17 |
| Fed Income Tax | H | 273.65 | 5553.63 |
| CA Income Tax | SMI2 0 0 | 161.25 | 3167.54 |
| CA Disability | | 45.23 | 793.61 |
| **TOTAL** | | 746.29 | 14184.82 |

**DEDUCTIONS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| TO-PX401EEPRE | 69.58 | 749.60 |
| **TOTAL** | 69.58 | 749.60 |

| **NET PAY** | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **2663.30** | **46111.82** |

Payrolls by Paychex, Inc.

HEALEY & ASSOCIATES INCORPORATED
72100 Magnesia Falls Dr #4
Rancho Mirage CA 92270-224

A790-C401
EE ID: 115 DD

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

KAREN M KRICKBAUM
40300 WASHINGTON STREET APT X103
BERMUDA DUNES CA 92203

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Karen M Krickbaum
40300 Washington Street Apt X103
Bermuda Dunes, CA 92203
**Employee ID:** 115

**Pay Period:** 08/01/26 **to** 08/15/26
**Check Date:** 08/14/26 **Check #:** 10687

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 017 | 2663.30 | 2663.30 |
| Chkg 049 | 0.00 | 40785.22 |
| **NET PAY** | **2663.30** | **43448.52** |

**EARNINGS**

| *BASIS OF PAY* | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *CURRENT ($)* | *YTD HRS/UNITS* | *YTD ($)* |
|---|---|---|---|---|---|---|
| | Salary | | | 3479.17 | | 52187.55 |
| | Overtime | | | | | 2730.00 |
| | Vacation | | | | | 2649.52 |
| | **Total Hours** | | | | | |
| | **Total Hrs Worked** | | | | | |
| | **Gross Earnings** | | | 3479.17 | | 57567.07 |

**WITHHOLDINGS**

| *DESCRIPTION* | *FILING STATUS* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 215.71 | 3569.16 |
| Medicare | | 50.45 | 834.72 |
| Fed Income Tax | H | 273.65 | 5279.98 |
| CA Income Tax | SMI2 0 0 | 161.25 | 3006.29 |
| CA Disability | | 45.23 | 748.38 |
| **TOTAL** | | 746.29 | 13438.53 |

**DEDUCTIONS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| TO-PX401EEPRE | 69.58 | 680.02 |
| **TOTAL** | 69.58 | 680.02 |

| | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| **NET PAY** | **2663.30** | **43448.52** |

HEALEY & ASSOCIATES INCORPORATED
72100 Magnesia Falls Dr #4
Rancho Mirage CA 92270-224

A790-C401
EE ID: 115 DD

Payrolls by Paychex, Inc.

KAREN M KRICKBAUM
40300 WASHINGTON STREET APT X103
BERMUDA DUNES CA 92203

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Karen M Krickbaum
40300 Washington Street Apt X103
Bermuda Dunes, CA 92203
**Employee ID:** 115

**Pay Period:** 07/16/26 **to** 07/31/26
**Check Date:** 07/31/26 **Check #:** 10681

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 049 | 2663.31 | 40785.22 |
| **NET PAY** | **2663.31** | **40785.22** |

**EARNINGS**

| *BASIS OF PAY* | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *CURRENT ($)* | *YTD HRS/UNITS* | *YTD ($)* |
|---|---|---|---|---|---|---|
| | Salary | | | 3479.17 | | 48708.38 |
| | Overtime | | | | | 2730.00 |
| | Vacation | | | | | 2649.52 |
| | **Total Hours** | | | | | |
| | **Total Hrs Worked** | | | | | |
| | **Gross Earnings** | | | 3479.17 | | 54087.90 |

**WITHHOLDINGS**

| *DESCRIPTION* | *FILING STATUS* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 215.71 | 3353.45 |
| Medicare | | 50.44 | 784.27 |
| Fed Income Tax | H | 273.65 | 5006.33 |
| CA Income Tax | SMI2 0 0 | 161.25 | 2845.04 |
| CA Disability | | 45.23 | 703.15 |
| **TOTAL** | | 746.28 | 12692.24 |

**DEDUCTIONS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| TO-PX401EEPRE | 69.58 | 610.44 |
| **TOTAL** | 69.58 | 610.44 |

| **NET PAY** | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **2663.31** | **40785.22** |

Payrolls by Paychex, Inc.

HEALEY & ASSOCIATES INCORPORATED A790-C401
72100 Magnesia Falls Dr #4 EE ID: 115 DD
Rancho Mirage CA 92270-224

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

KAREN M KRICKBAUM
40300 WASHINGTON STREET APT X103
BERMUDA DUNES CA 92203

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Karen M Krickbaum
40300 Washington Street Apt X103
Bermuda Dunes, CA 92203
**Employee ID:** 115

**Pay Period:** 07/01/26 **to** 07/15/26
**Check Date:** 07/15/26 **Check #:** 10675

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 049 | 2663.30 | 38121.91 |
| **NET PAY** | **2663.30** | **38121.91** |

**EARNINGS**

| *BASIS OF PAY* | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *CURRENT ($)* | *YTD HRS/UNITS* | *YTD ($)* |
|---|---|---|---|---|---|---|
| | Salary | | | 3479.17 | | 45229.21 |
| | Overtime | | | | | 2730.00 |
| | Vacation | | | | | 2649.52 |
| | **Total Hours** | | | | | |
| | **Total Hrs Worked** | | | | | |
| | **Gross Earnings** | | | 3479.17 | | 50608.73 |

**WITHHOLDINGS**

| *DESCRIPTION* | *FILING STATUS* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 215.71 | 3137.74 |
| Medicare | | 50.45 | 733.83 |
| Fed Income Tax | H | 273.65 | 4732.68 |
| CA Income Tax | SMI2 0 0 | 161.25 | 2683.79 |
| CA Disability | | 45.23 | 657.92 |
| **TOTAL** | | 746.29 | 11945.96 |

**DEDUCTIONS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| TO-PX401EEPRE | 69.58 | 540.86 |
| **TOTAL** | 69.58 | 540.86 |

| **NET PAY** | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **2663.30** | **38121.91** |